429

**No. 43406.**—Protest 813352–G of Shing Chong Co. (San Francisco).

Opinion by Brown, J. On the authority of *Rapken* v. *United States* (25 C. C. P. A. 268, T. D. 49393) the claim at 40 cents per pound and 25 percent ad valorem as to the items assessed at 80 cents per pound under paragraph 24 was sustained.

**No. 43407.**—Protest 997999–G of Geo. S. Bush & Co. Inc. (Portland, Oreg.).

Opinion by Brown, J. It was stipulated that the fish is of the same character as that covered by Abstract 39806. It was therefore held dutiable at 1¼ cents per pound under paragraph 717 (c).

**No. 43408.**—Protests 995539–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by Tilson, J. It was stipulated that the opera glasses in question are similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.

**No. 43409.**—Protests 914687–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstracts 39948 and 40480 siren whistles and siren horns were held dutiable at 45 percent under paragraph 397. Cigarette whistles or noisemakers in part of bamboo, similar to those passed upon in Abstract 39509, were held dutiable at 45 percent under paragraph 409.

Before the Second Division, March 21, 1940

**No. 43410.**—Protests 182641–G, etc., of American Shipping Co. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of Normandy lace similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43411.**—Protests 200330–G, etc., of Central Madeira Corp. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of Normandy lace similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sutained.